UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEW MEYER,

        Petitioner,        Case No. 13-12307
                                     HON. JOHN CORBETT O'MEARA

v.

PAUL KLEE,

        Respondent,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is a report and recommendation to deny Petitioner's application for a writ of habeas corpus, filed April 16, 2014 by Magistrate Judge Paul J. Komives. No objections to the report and recommendation have been filed. The court having fully reviewed the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court, and Petitioner's application for a writ of habeas corpus is DENIED.

It is further ORDERED that a certificate of appealability is DENIED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: May 12, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 12, 2014, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager